DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-06-00252-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

STANLEY
MCCURLEY, INDIVIDUALLY

AND
D/B/A PHOENIX WATER WORKS, §          APPEAL FROM THE 173RD

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

MOORE
STATION W.S.C.,

APPELLEE   §          HENDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant Stanley McCurley, individually and doing
business as McCurley Water Systems and as Phoenix Water Works, has filed a
motion to dismiss this appeal.  In his
motion, McCurley states that all matters of fact and issues in controversy have
been fully and finally compromised and settled by the parties.  A copy of the motion has been sent to all
counsel of record.  Because McCurley has
met the requirements of Texas Rule of Appellate Procedure 42.1(1), the motion
is granted, and the appeal is dismissed.

Opinion
delivered December 20, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)